

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-14-00202-CV

Larry **DONAHO** and LTD. Exploration, Inc.,
Appellants

v.

**BOWDEN FORD LINCOLN MERCURY, INC.**, Ryan Construction Services, LLC; and
Annetter Griggs, Individually and As Representative of the Estate of Donald Ray Griggs,
Individually and D/B/A Ideal Constructions Services, and Berkley National Insurance Company,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-01-51841
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellee Ryan Construction Service, LLC's Motion to Dismiss is hereby DENIED AS
MOOT.

It is so **ORDERED** on May 12, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court